UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>)<br>GABRIEL CHASE )<br>                   Defendant. )<br>) | Case No. 1:22-mj-00203 (GMH) |

### Motion for admission of attorney Thomas L. Edwards *Pro Hac Vice*

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Gabriel Chase moves for the admission and appearance of attorney Thomas L. Edwards p*ro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Edwards filed herewith.  Mr. Edwards is admitted and an active member in good standing in the following courts and bars:

1. Florida State Bar; Bar Number 735035
2. United States District Court for the Northern and Middle Districts of Florida; and
3. The 11th Circuit Court of Appeals.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court. This motion also has a certificate of good standing attached as Exhibit 1.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify on the 4th day of October, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

                                                     /S/
                                        Kira Anne West

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>)<br>GABRIEL CHASE )<br>            Defendant. )<br>_____ ) | Case No. 1:22-mj-00203 (GMH) |

### ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Thomas L. Edwards and good cause having been shown, it is this _____ day of _____, 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that Thomas L. Edwards shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Thomas Edwards is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
G. Michael Harvey
United States Magistrate Judge

3