UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>v.                                              )<br>)     Case No. 1:22-mj-00203 (GMH)<br>)<br>)<br>GABRIEL CHASE,                       )<br>              Defendant.            )<br>_____)  | |

**DECLARATION OF THOMAS L. EDWARDS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Thomas L. Edwards, hereby declare;

1.  My name, office address, and telephone number are as follows:

    Thomas L. Edwards, Esquire
    4545 NW 8th Ave
    Gainesville, FL 32605
    (352)-377-7800, Office
    (352)-538-4532, Mobile

2.  I have been admitted to the following courts and bars: Florida State Bar; Bar Number 735035.

3.  I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise. A certificate of good standing is attached as exhibit 1.

4.  I have not been previously admitted *pro hac vice* in this Court, in the last two years, or otherwise.

1

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Thomas L. Edwards
Thomas L. Edwards