UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>)<br>GABRIEL CHASE )<br>        Defendant. )<br>_____) | Case No. 1:22-mj-00203 (GMH) |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Thomas L. Edwards and good cause having been shown, it is this  4th  day of  October , 2022,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that Thomas L. Edwards shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Thomas Edwards is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

**SO ORDERED.**

_____
Zia M. Faruqui
United States Magistrate Judge