IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CASE NO.: 23-CR-000018 (CKK)

GABRIEL CHASE,
    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to excluded the time between January 17, 2023 and February 6, 2023. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: 2/1/23

**I HEARBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney, **Joseph H. Huynh**, via **CMECF** this 1st day of February, 2023.

Respectfully filed,

Thomas L. Edwards, P.A.
& Christopher J. Jones
Attorneys at Law

/s/ *Thomas L. Edwards*

**THOMAS L. EDWARDS**
Florida Bar Number: 0735035
4545 NW 8th Avenue
Gainesville, FL  32605
352-377-7800 (Telephone)
tome@lawfl.net
brandenw@lawfl.net